EXHIBIT B

US00D903205S

| (12) | United States Design Patent | (10) Patent No.: | US D903,205 S |
|---|---|---|---|
| | Ma | (45) Date of Patent: | ** Nov. 24, 2020 |

(54) **PET CARRIER**

(71) Applicant: **Colorful Days Co**, Miami, FL (US)

(72) Inventor: **Weimin Ma**, Miami, FL (US)

(73) Assignee: **COLORFUL DAYS CO**

(**) Term: **15 Years**

(21) Appl. No.: **29/672,164**

(22) Filed: **Dec. 3, 2018**

(51) **LOC (12) Cl.** ............................................. **30-02**
(52) **U.S. Cl.**
 USPC ....................................... **D30/109**
(58) **Field of Classification Search**
 USPC ........ D30/108, 109, 150; D3/213, 216, 246,
 D3/273, 315; 119/452, 474, 482, 489,
 119/491, 496–499, 500, 513, 650, 673,
 119/678, 712; 224/153, 202, 258, 579
 CPC ........ A01K 1/0254; A45C 3/00; A45C 13/30;
 B62B 5/0013
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,286,461 | B1 | * | 9/2001 | Martz | .................. | A01K 1/0254 |
| | | | | | | 119/497 |
| D523,995 | S | * | 6/2006 | Knittle | ........................ | D30/109 |
| D559,542 | S | * | 1/2008 | Nair | ................ | D3/246 |
| D575,461 | S | * | 8/2008 | Cannon | .......................... | D3/273 |
| D685,952 | S | * | 7/2013 | Dixon | .......................... | D30/109 |
| D717,502 | S | * | 11/2014 | Dixon | .......................... | D30/109 |
| D724,792 | S | * | 3/2015 | Renforth | ........................ | D30/109 |
| D867,756 | S | * | 11/2019 | Kern | .......................... | D3/245 |
| D872,945 | S | * | 1/2020 | Lu | ............................... | D30/109 |
| 2008/0216760 | A1 | * | 9/2008 | Cannon | ................ | A01K 1/0254 |
| | | | | | | 119/497 |
| 2010/0000472 | A1 | * | 1/2010 | Siklosi | ................. | A01K 1/0254 |
| | | | | | | 119/497 |
| 2011/0005467 | A1 | * | 1/2011 | Siklosi | ................. | A01K 1/0245 |
| | | | | | | 119/497 |
| 2012/0186533 | A1 | * | 7/2012 | Lu | ......................... | A01K 1/0254 |
| | | | | | | 119/497 |

OTHER PUBLICATIONS

"Colorday Bird Carrier", posted Sep. 22, 2018 [online], [retrieved Jan. 31, 2020]. Retrieved from internet, https://www.amazon.com/product-reviews/B07G748NQF/ref=cm_cr_getr_d_paging_btm_next_12?ie=UTF8&showViewpoints=1&sortBy=recent&pageNumber=12.*

* cited by examiner

*Primary Examiner* — Sandra Snapp
*Assistant Examiner* — Mehri Bajoul
(74) *Attorney, Agent, or Firm* — Law Office of Scott C Harris, Inc

(57) **CLAIM**

The ornamental design for a pet carrier, as shown and described.

**DESCRIPTION**

FIG. **1** shows a perspective view of a pet carrier;
FIG. **2** shows a front view of the pet carrier;
FIG. **3** shows a rear view of the pet carrier;
FIG. **4** shows a first side view of the pet carrier;
FIG. **5** shows a second side view of the pet carrier;
FIG. **6** shows a top view of the pet carrier; and,
FIG. **7** shows a bottom view of the pet carrier.
The portions shown in broken lines form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**

