Hello
Select your address

All ▾

bird carrier

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime ▾   New Releases   Today's Deals   Books   Pharmacy   Fashion

Prime Day is June 21 & 22

**Pet Supplies**   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

Pet Supplies › Birds › Cages & Accessories › Birdcages



...able
...rrier
...Cage

...or
...s
...al -

Get $50 off instantly: Pay $0.00 ~~$25.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Roll over image to zoom in

...ird
...eathing
...s on
both sides to ensure adequate ventilation and

**$25.99**

FREE delivery: **June 24 - July 14**

Select delivery location

## In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Flameer
Sold by       Flameer

**Return policy:** This item is returnable

Add to List

Share

      

make your pets feel comfortable, not sultry.

- Easy to store and use: zipper design; easy to clean or fold when not in use. Suitable for traveling. Convenient with stylish and transparent cage for bringing your bird to a vet or other place.
- Suitable for small birds, cats and small dogs. Not only it will give your little pet most broad view to enjoy the outside scenery fully, but also can be a warm nest at home.
- Portable: Convenient shoulder bag, stylish and transparent cage is used to take birds to parks, veterinarians or other places.
- Wide visual field: Carring bag has one full clear side which will give your little pet most broad view to enjoy the outside scenery fully, reduces the stress level of the pet bird.

153

Sponsored

**Buy it with**



Total price: **$38.98**

[Add both to Cart]

[Add both to List]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Flameer Portable Clear Bird Carrier Parrot Travel Cage with Perch Lightweight for Small Animals…  $25.99

☑ Petsvv Rope Bungee Bird Toy, Bird Perch $12.99

**Inspired by your recent shopping trends**

    

| | | | | |
|---|---|---|---|---|
| Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds | Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds | Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds Small Size | Lightweight Bird Carrier Travel Cage with Perch, Portable Transparent Parrot Carring Case, Breathable Bird Travel Bag Outdoor Gear, | QBLEEV Bird Travel Carrier, Clear View Carrying Cage, Small Animal Portable Outgoing Gear, Transparent & |
| 1 | | | 2 | 105 |
| $22.49 | $24.09 | 1 offer from $23.24 | $36.99 | $18.99 |

**Customers also viewed these products**

    

X–ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent Breathable Travel Cage,Lightweight Bird Carrier,Bird Travel

618

$49.99 ($0.06/Gram)

Prevue Pet Products Travel Cage for Birds and Small Animals

1,056

$28.54

A4pet Bird Travel Carrier Parrot Carrier Transparent Breathable Bird Cage,Include Bottom Tray for Easy Cleaning

283

$49.99

Blue Mars Bird Carrier, Bird Travel Cage Portable&Breathable&Lightweight Pets Birds Travel Cage

366

$31.99

Colorday Lightweight Bird Carrier, Bird Travel cage Parrot (Medium 16 x 9 x 11, Red) Patented Product

799

$49.96

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

**Description:**

- Portable: Convenient shoulder bag, stylish and transparent cage is used to take birds to parks, veterinarians or other places.
- Wide visual field: Carring bag has one full clear side which will give your little pet most broad view to enjoy the outside scenery fully, reduces the stress level

of the pet bird.

**-** Breathable design Bird Carrier: There are breathing and anti**-**scratch nets on both sides to ensure adequate ventilation and make your pets feel comfortable, not sultry.

**-** Easy to store and use: zipper design; easy to clean or fold when not in use. Suitable for traveling. Convenient with stylish and transparent cage for bringing your bird to a vet or other place.

**-** Suitable for small birds, cats and small dogs. Not only it will give your little pet most broad view to enjoy the outside scenery fully, but also can be a warm nest at home.

**Specification:**

**-** Material: PVC
**-** Size: 41 x 23 x 28cm/16.14x9.05x11 inch

**Package Includes:**

1 Piece PVC birdcage transparent

**Your satisfaction is our priority. So we would deliver the highest quality products and services to meet your satisfaction.**

## Product details

**Date First Available :** October 26, 2020

**Manufacturer :** Flameer

**ASIN :** B08KZVMZ9W

# Videos

## Videos for related products



| | | | |
|---|---|---|---|
| 2:10 | 1:14 | 1:47 | |
| What Size Should a Cockatiel Cage Be? | Best Bird Cage for a Child's Pet Bird | Best Pet Birds for a Beginner | Do Birds Ca |
| eHow | eHow | Howcast | Howcast |

Upload your video

---

## Products related to this item

Sponsored ⓘ

    

Bird Carrier with Perch and Feeding Cups,Portable Bird Travel Cage Lightweight Brea...

17

$34.88

Rocco & Roxie Professional Strength Stain & Odor Eliminator - Enzyme-Powered Pet...

59,976

$19.94

Blue Mars Bird Carrier, Bird Travel Cage Portable & Breathable & Lightweight Pets B...

366

$31.99

Heitaisi Parrot Bird Bath Box, No-Leakage Design with Universal Clip Clear View for...

13

$13.99

X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent...

618

$49.99

Sponsored

## Customer Questions & Answers

See questions and answers

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

**No customer reviews**



B Vertigo Alberta Light Mesh Cooler

$84.78

Shop now

Sponsored

**Products related to this item**

Sponsored ⓘ











| Bird Carrier with Perch and Feeding Cups,Portable Bird Travel Cage Lightweight Brea... | X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent... | Heitaisi Parrot Bird Bath Box, No-Leakage Design with Universal Clip Clear View for... | EnoYoo Bird Bath Cage, Cleaning Pet Supplies Cockatiel Bird Bathtub with Hanging Ho... | Blue Mars Bird Carrier, Bird Travel Cage Portable & Breathable & Lightweight Pets B... |
|---|---|---|---|---|
| 17 | 618 | 13 | 110 | 366 |
| $34.88 | $49.99 | $13.99 | $21.99 | $31.99 |

Sponsored

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital<br>Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video<br>Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second<br>Chance<br>Pass it on, trade it<br>in,<br>give it a second<br>life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates



Hello
Select your address

All | Bird Carrier

Hello, Sign in
Account & Lists

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime   New Releases   Today's Deals   Books   Pharmacy   Fashion   Kindle Books   Toys & Games   Gift Cards                    Prime Day is J

Sign
New customer? Start here.

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home I

112

Pet Supplies › Birds › Carriers

Sponsored



     

Roll over image to zoom in

## YITON Bird Carriers Outdoor Bird Transport Cage Bird Travel Carrier Breathable Space Parrot Go Out Backpack Multi Functional Bird Carrier With Perch Red M

Brand: YITON

Price: **$68.56**

Get $50 off instantly: Pay $18.56 $68.56 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Save 10% at checkout.** Details

- Made from high quality material,zhe best transport box for small birds and small animals.
- It lets you easily sling it on your shoulder or by its handle. The most fashionable cage for taking your bird to the vet or other places.
- It offers wider field of vision, reducing the pet bird's stress level and giving you a good view to check on your pet's well-being.
- Front and rear anti-grab mesh design and vents ensure adequate airflow for a non-stuffy outing.
- Please allow 1-3mm error due to manual measurement.Pls make sure you do not mind before you bid.The color may have different as the difference display,pls understand.

Compare with similar items



$68.56

FREE delivery: **July 8 – 28**

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

🔒  Secure transaction

Ships from   kitajima
Sold by     kitajima

Return policy: This item is returnable

Add to List

Share

Sponsored

Sponsored

## Buy it with



Total price: **$74.55**

[ Add both to Cart ]

[ Add both to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** YITON Bird Carriers Outdoor Bird Transport Cage Bird Travel Carrier Breathable Space Parrot Go Out… $68.56
☑ A1203 Daily Blend $5.99

## Inspired by your recent shopping trends



Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds

1

$22.49



Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds

$24.09

Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds Small Size

1 offer from $23.24



Zerodis Transparent Bird Carrier Portable Parrot Travel Cage Lightweight Breathable 360° Sightseeing Outdoor Bird Travel Backpack

3

1 offer from $68.89



Lightweight Bird Carrier Travel Cage with Perch, Portable Transparent Parrot Carring Case, Breathable Bird Travel Bag Outdoor Gear,

2

$36.99



ACJLHY Bird Travel Cage Portable, Lightweight Pets Birds Travel Cage Transparent and Breathable Sightseeing Outdoor Bird Travel Backpack,Suitable for

$27.99

## Customers also viewed these products

Hello
Select your address

All ▾ Bird Carrier

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All · Best Sellers · Customer Service · Prime ▾ · New Releases · Today's Deals · Books · Pharmacy · Fashion · Prime Day is June 21 & 22

Amazon Home · Shop by Room · Discover · Shop by Style · Home Décor · Furniture · Kitchen & Dining · Bed & Bath · Garden & Outdoor · Home Improvem

## Consider these available items



GJNVBDZSF Birdcage
Lightweight Bird Carrier,
Bird Travel Cage Canvas
Material Breathable

$224<sup>05</sup>

$224^{05}$



Tuimiyisou Bird Carrier
Travel Cage Backpack
with Stand Portable
Lightweight Breathable

$43^{49}$

Pet Supplies › Birds › Cages & Accessories › Birdcages



EElabper
Lightweight Bird
Carrier, Bird
Travel Cage
Parrot Parrots
Travel Cage
Breathable Pet
Birds Bag
Backpack with
Shoulder Strap
and Wooden Stick
Stand L

**Currently unavailable.**
We don't know when or if this
item will be back in stock.
Select delivery location

Add to List

Share

Brand: EElabper

## Currently unavailable.
We don't know when or if this item will be back in stock.

Roll over image to zoom in

      

- Large space:This bird travel bag has a large space, will not be crowded when going out, and give birds a comfortable environment.
- Adjustable:The metal buckle of the portable parrot carrier can adjust the length of the strap.
- Portable:Weighing only 0.85 kg,parrot travel cage lets you easily sling it on your shoulder or by its handle.
- Zipper design:One-minute assembly/disassembly, with solid wood Perch,parrot carrier travel is easy cleaning or folding away when not in use.
- Transparent:Portable bird carrier offers wider field of vision, reducing the pet birds stress level and giving you a good view to check on your pet's well-being.

Hello
Select your address

All

Bird Carrier

Hello, Sign in
Account & Lists

Returns
& Orders

0

All    Best Sellers    Customer Service    Prime    New Releases    Today's Deals    Books    Pharmacy    Fashion    Prime Day is June 21 & 22

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

140

Pet Supplies › Birds › Cages & Accessories › Birdcages

# Tuimiyisou Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent

$26.49

FREE delivery: **July 7 - 28**

Fastest delivery: **June 21 - 24**

Select delivery location

In Stock.

Qty: 1



Roll over image to zoom in

      

# Breathable for Outdoor Birds

Brand: Tuimiyisou

Price: **$26.49**

Get $50 off instantly: Pay $0.00 ~~$26.49~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **As Shown**

- Zipper design:One-minute assembly/disassembly, with solid wood Perch,parrot carrier travel is easy cleaning or folding away when not in use
- Adjustable:The metal buckle of the portable parrot carrier can adjust the length of the strap
- Large space:This bird travel bag has a large space, will not be crowded when going out, and give birds a comfortable environment
- Portable:Weighing only 0.85 kg,parrot travel cage lets you easily sling it on your shoulder or by its handle
- Transparent:Portable bird carrier offers wider field of vision, reducing the pet birds

Add to Cart

Buy Now

🔒 Secure transaction

Ships from **XiaoYuUS**
Sold by **XiaoYuUS**

**Return policy:** This item is returnable

Add to List

Share

618

Sponsored



All    Best Sellers    Customer Service    Prime    New Releases    Today's Deals    Books    Pharmacy    Fashion    Kindle Books    Toys & Games    Gift Cards

Pet Supplies    Pet Profiles    Dogs    Cats    Fish & Aquatics    Small Animals    Birds    Reptiles    Horses    Deals & Coupons    Pet Care Tips    Subscribe & Save    Veterinary Diets

Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Backpacks



Roll over image to zoom in

      

# Jeanoko Birds Bag Lightweight Travel Cage for Birds Bird Backpack Carrier with Perch Small Bird Carrier Parrot Carrier for Small Pet Outing T120 Bird Carrier Travel

Brand: Jeanoko

## Currently unavailable.

We don't know when or if this item will be back in stock.

- Breathable mesh design on both sides of the backpack, 8 vents, keep pets breathing fresh air.
- The whole bag is connected by a two-way zipper, opening the two-way zipper can better clean the inside of the bag.
- The standing stick in the bag is designed according to the habits of birds, so pets will not feel unsafe when the bag is shaken.
- Made of healthy and safe materials, it can be used with confidence.
- Metal buckle, the size of the shoulder strap can be adjusted by the buckle.

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Select delivery location

Add to List

Share

Sponsored

Hello, Sign in
Account & Lists

Returns & Orders

0

Sign in
New customer? Start here.

Sponsored

## Inspired by your recent shopping trends

    

Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds

1

$22.49

Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds

$24.09

Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds Small Size

1 offer from $23.24

Woiworco 4 Pieces Bird Perch Stand Set, Bird Cage Accessories, Parakeet Nature Wood

31

7% off

$13.99

($3.50/Count) $14.99

Lowest price in 30 days

Zerodis Transparent Bird Carrier Portable Parrot Travel Cage Lightweight Breathable 360° Sightseeing Outdoor Bird Travel Backpack

3

1 offer from $68.89

Lightweight Bird Carrier Travel Cage with Perch, Portable Transparent Parrot Carring Case, Breathable Bird Travel Bag Outdoor Gear,

2

$36.99

## Customers also viewed these products

     

X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent Breathable Travel Cage,Lightweight Bird Carrier,Bird Travel

618

$49.99 ($0.06/Gram)

Blue Mars Bird Carrier, Bird Travel Cage Portable&Breathable&Lightweight Pets Birds Travel Cage

366

$31.99

halinfer Bird Carrier Backpack, Bubble Bird Travel Carrier Backpack with Stainless Steel Tray and Standing Perch

688

$59.99

Colorday Lightweight Bird Carrier, Bird Travel cage Parrot (Medium 16 x 9 x 11, Red) Patented Product

799

$49.96

Petsfit Portable Small Animal Carrier Lightweigh Hamster Bag for Hedgehog,Bunny,Rats,Gerbils,Squirrels,Ferret -

252

$16.99 ($16.99/Count)

SHOR Pet Premium Bird Parrot Carrier Travel Cage with Perch Airline Approved Portable Transport Breathable Bird Travel Bag for Small

59

$42.97

## Products related to this item

Sponsored ⓘ



Hello
Select your address

All ▾  bird carrier

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

Sign

New customer? Start here.

All  Best Sellers  Customer Service  Prime ▾  New Releases  Today's Deals  Books  Pharmacy  Fashion  Kindle Books  Toys & Games  Gift Cards   Prime Day is J

**Amazon Home**  Shop by Room  Discover  Shop by Style  Home Décor  Furniture  Kitchen & Dining  Bed & Bath  Garden & Outdoor  Home I

1,088

Pet Supplies › Cats › Carriers & Strollers › Carriers › Soft-Sided Carriers



## PETnSport Pet Carrier for Cats, Small Dogs, Pets or Birds – Breathable, Transparent Carrier w/ Handle & Shoulder Strap. Foldable for Easy Clean and Storage.

Brand: Generic

⭐ 13 ratings

Price: **$29.95**

Get $50 off instantly: Pay $0.00 ~~$29.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **Medium**

| Small | Medium |
|---|---|
| $27.95 | $29.95 |

**$29.95**

FREE delivery: **June 15 – 16**

Fastest delivery: **Tuesday, June 15**

Select delivery location

**Only 20 left in stock - order soon.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  PETnSport
Sold by  PETnSport

**Return policy:** This item is returnable

Roll over image to zoom in

     

- PERFECT FOR SMALL PETS - Bring along your pet with you everywhere you go. Perfect for small dogs, cats, rabbits or birds.
- FASHION SPACE CAPSULE DESIGN - The space capsule-like design allows your pet to enjoy the sunshine and scenery and to interact with the outside world. Panoramic 180 degree wide view provides open vision reducing the pet stress level and giving you a good pet control.
- FRESH AIR VENTILATION - Anti-grab mesh vents on both front and rear as well as venting holes on both side keeping fresh air flowing in and out and gives your pet a great amount of fresh air and will stay cool while being carried.
- ADJUSTABLE - Comes with adjustable shoulder strap easily sling it on your shoulder or carry by its handle to take your pet on walk with you.
- EZ-FOLD COLLAPSIBLE - Zipper design makes easy assembly and disassembly for cleaning or storage when not in use.

Compare with similar items

## Consider this Amazon's Choice product that delivers quickly

Amazon's Choice



Pet Magasin Hard Cover Collapsible Cat Carrier - Pet Travel Kennel with Top-Load & Foldable Feature for Cats, Small Dogs Puppies & Rabbits
$33.48

(4657)

Add to List

Share

4,279

Sponsored

Sponsored

**Buy it with**



388

Pet Supplies › Birds › Cages & Accessories › Birdcages

## Morimoe Bird Carrier Bag with Perch and Bowls,Breathable,Travel Cage,Outdoors Hanging

Brand: Morimoe

45 ratings

Price: **$36.80** & FREE Returns

Get $50 off instantly: Pay $0.00 ~~$36.80~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Red**

 $36.80     $36.80

- Includes perch and bowls,Ideal for short term use,taking your bird to the vet,traveling or emergency situations.

**$36.80**

& FREE Returns

**FREE delivery:** Tuesday, June 15 Details

Fastest delivery: **Sunday, June 13**

Order within 29 mins Details

Select delivery location

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by       YuHin Institute
Packaging     Shows what's inside. T...



- Side holes and Anti-grab meshes offer better ventilation,ensure adequate airflow, not sultry out.
- The panoramic design provides a wider view to check on pet's well-being.and helps reduce stress and trauma for your bird.
- Portable and lightweight, makes it easy to carry,also can be hung on the shoulder or handle.The shoulder strap can be adjusted.
- Double zipper design,one-minute assembly/disassembly.easy to clean the inner of the bag.can be folded when not in use.

Compare with similar items

618

Sponsored

## Details

Return policy: This item is returnable

**prime**

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

Add to List

618

Sponsored

**Buy it with**

Total price: **$45.18**

Add both to Cart

Add both to List

One of these items ships sooner than the other. Show details

☑ **This item:** Morimoe Bird Carrier Bag with Perch and Bowls,Breathable,Travel Cage,Outdoors Hanging  $36.80
☑ COLIBROX 2 Pack Bird Chewing Toys Foraging Shredder Toy Parrot Cage Shredder Toy Foraging Hanging… $8.38

**Inspired by your recent shopping trends**



Hello
Select your address

Sports & Outdoors ▾

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All | Best Sellers | Customer Service | Prime ▾ | New Releases | Today's Deals | Books | Pharmacy | Fashion | Kindle Books | Toys & Games | Gift Cards | Prime Day is J

Sign

New customer? Start here.

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

112

Pet Supplies › Birds › Cages & Accessories › Birdcages



## Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds

Brand: Sungpunet

1 rating

Price: **$22.49**

Get $50 off instantly: Pay $0.00 $22.49 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Transparent:Portable bird carrier offers wider field of vision, reducing the pet birds stress level and giving you a good view to check on your pet's well-being
- Large space:This bird travel bag has a large space, will not be crowded when going out, and give birds a comfortable environment
- Adjustable:The metal buckle of the portable parrot carrier can adjust the length of the strap
- Portable:Weighing only 0.85 kg,parrot travel cage lets you easily sling it on your shoulder or by its handle



**$22.49**

FREE delivery: **June 28 - July 16**

Fastest delivery: **June 15 - 18**

Select delivery location

## In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from     sihaina
Sold by         sihaina

**Return policy:** This item is returnable

Add to List

- Zipper design:One-minute assembly/disassembly, with solid wood Perch,parrot carrier travel is easy cleaning or folding away when not in use

Sponsored

Share

170

Sponsored

## Buy it with



Total price: **$34.48**

[Add both to Cart]

[Add both to List]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for…  $22.49

☑ BWOGUE 5pcs Bird Parrot Toys Hanging Bell Pet Bird Cage Hammock Swing Toy Hanging Toy for Small…  $11.99   ($11.99 / 1 Count)

## Inspired by your recent shopping trends



Blackzone Parrot Carrier Bag Portable Oxford Cloth Transparent Cover Hollow Case Parrot Bird Travel Backpack Black

6

$39.99



Blackzone Parrot Carrier Bag Portable Lightweight Bird Carrier Cage Transparent Breathable Parrots Travel Bag Black

3

$27.99



Balacoo Travel Bird Cage Portable Plastic Iron Parrot Carrier with Wood Perch and Feeder for Small Animal Pet Supply (Black)

2

$24.79



BENZHI Bird Parrot Carrier Travel Carriers Lightweight Pets Birds Travel Cage with Perch

199

$29.97



Yafeco Pet Carrier Package,Space Capsule Transparent Bags for Cats and Puppies,Designed for Travel, Hiking, Walking &

821

$28.99



SUPER DEAL PRO 61" 2in1 Large Bird Cage with Rolling Stand Parrot Chinchilla Finch Cage Macaw Conure Cockatiel Cockatoo Pet

2,409

$140.99



Hello
Select your address

Pet Supplies

Hello, Sign in
Account & Lists

Returns
& Orders

0

All  Best Sellers  Customer Service  Prime  New Releases  Today's Deals  Books  Pharmacy  Fashion  Kindle Books  Toys & Games  Gift Cards

Prime Day is J

Sign

New customer?
Start here.

Pet Supplies  Pet Profiles  Dogs  Cats  Fish & Aquatics  Small Animals  Birds  Reptiles  Horses  Deals & Coupons  Pet Care Tips  Subscribe & Save  Veterinary Diets

Pet Supplies › Birds › Cages & Accessories › Birdcages

## Blackzone Parrot Carrier Bag Portable Lightweight Bird Carrier Cage Transparent Breathable Parrots Travel Bag Black

Brand: Blackzone

3 ratings

Price: **$27.99**

Get $50 off instantly: Pay $0.00 ~~$27.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- 💝 【Ideal gift and entertainment space for pets】 They add a lot of beauty to your cage, and can also help your pet bird exercise and maintain healthy feet. It is a dream gift for keeping pets healthy. And can provide your pet bird with hours of fun, very suitable for your bird to play and climb, it is a great place for entertainment.



**$27.99**

$2.99 delivery: **July 13 – Aug 3**

Fastest delivery: **June 25 – 30**

Select delivery location

## In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Blackzone
Sold by      Blackzone

**Return policy:** This item is returnable

Add to List



ct Service】Blackzone is committed to
ustomers with high quality products.
lackzone and you can see more
ur support is the best trust for
8 Hours Shipping Out.Within 24 hours
Service.We guarantee the interests of
omer, please feel free to choose

ort is trust】Blackzone is committed to
ustomers with high-quality products.
zone and you will see more
ur support is our greatest trust.
pack bird cage accessories bird play
stands for parrots bird perches for
ird perches for conures parrot sticks
s for outside clearance birdhouse bird
ge bird bath bowl bird bath stand
t toys for dogs pet toys for dogs
ble pet toy basket pet toys for dogs
ctive toys storage bin pet toy for kids
mals pet toy boxes and storage bin
vet toy carrier pet toy chest pet toy
fe c toys pet toy duck pet toy dog
disinfectant football pet toy for girls
dogs for toddler little toy pets for girls
ys for girls get toy pet toy hamster
interactive pet toy jumping activation ball pet toy
jumping

Compare with similar items

New (2) from $27.99 + $2.99 shipping

618

Sponsored

New (2) from
$27.99 + $2.99 shipping

Share

## Other Sellers on Amazon

$37.64

Add to Cart

+ $2.00 shipping

Sold by: LSHLSM

618

Sponsored

## Buy it with

Total price: $40.98

Hello
Select your address

Pet Supplies ▾

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime ▾   New Releases   Today's Deals   Books   Pharmacy   Fashion   Kindle Books   Toys & Games   Gift Cards            Prime Day is J

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips   Subscribe & Save   Veterinary Diets



Sign

New customer?
Start here.



 

Roll over image to zoom in

      

## ACJLHY Bird Travel Cage Portable, Lightweight Pets Birds Travel Cage Transparent and Breathable Sightseeing Outdoor Bird Travel Backpack,Suitable for Parrot Pets and Bird Habitat

Brand: ACJLHY

Price: **$27.99**

Get $50 off instantly: Pay $0.00 ~~$27.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Extra Savings   Buy 2, save 3%.

1 Applicable Promotion

**Color: Red**

| $27.99 | $27.99 |

- **Lightweight and portable:** Convenient shoulder bag, stylish and transparent cage is used to take birds to parks, veterinarians or other places; suitable for traveling.
- **Wide visual field:** The panoramic design provides a wide field of view, reducing the pressure on pet birds, and you can check the bird's health at any time.
- **Breathable design Bird Carrier :** There are breathing and anti-scratch nets on both sides to ensure adequate ventilation and make your pets feel comfortable.

**$27.99**

FREE delivery: **June 30 – July 22**

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

🔒  Secure transaction

Ships from    acjlh
Sold by       acjlh

**Return policy:** This item is returnable

Add to List

Share

- Easy to Clean : Double zipper design, quick assembly/disassembly, with solid wood perch and bottom tray, easy to clean or fold when not in use.
- Wide application: Suitable for small birds, cats and small dogs.Lightweight design makes it easy to carry,it can carry it by handle or hang it on your shoulders.Suitable for traveling out.

---

## Buy it with



Total price: **$51.93**

[ Add both to Cart ]

[ Add both to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ACJLHY Bird Travel Cage Portable, Lightweight Pets Birds Travel Cage Transparent and Breathable…  $27.99

☑ Penn-Plax Wood Bird Perch with 2 Stainless Steel Feeding Cups and Drop Tray for Large Birds - 2 Size…  $23.94

---

## Inspired by your recent shopping trends



Colorday Lightweight Bird Carrier, Bird Travel cage Parrot (Medium 16 x 9 x 11, Red) Patented Product

799

$49.96



Moloni Bird Carrier with 6-Pieces Pee Pads and Feeding Cup , Breathable & Lightweight & Portable Pets Parrot Birds Travel

81

$34.99



Morimoe Bird Carrier Bag with Perch and Bowls,Breathable,Travel Cage,Outdoors Hanging

45

$36.80



Bird Parrot Backpack Carrier Travel Bag with Perch Stand for Parakeets Cockatiels Conures Finches Lovebirds Small Medium

106

$62.97 ($62.97/Count)

Gatycallaty Bird Parrot Carrier Travel Bag with Perch Stand for Parakeets Cockatiels Conures Finches Lovebirds Small Medium

40

$41.77 ($41.77/Count)



Zerodis Bird Travel Carrier with Perch Parrot Travel Cage Plastic Transparent Parrot Breathable Lightweight Bag for Cockatiels Grey Parrot

$27.29

---

## More items to explore

Hello
Select your address

All | bird carrier

Hello, Sign in
Account & Lists

Returns
& Orders

0

All Best Sellers Customer Service Prime New Releases Today's Deals Books Pharmacy Fashion Kindle Books Toys & Games Gift Cards

Prime Day is J

Sign

New customer? Start here.

Pet Supplies Pet Profiles Dogs Cats Fish & Aquatics Small Animals Birds Reptiles Horses Deals & Coupons Pet Care Tips Subscribe & Save Veterinary Diets

23

Sponsored

Pet Supplies › Birds › Cages & Accessories › Birdcages



Baoblaze Clear Bird Carrier Parrot Travel Cage with Perch Breathable Pet Bag Ventilation and Transparency

Brand: Baoblaze

Price: **$25.99**

Get $50 off instantly: Pay $0.00 ~~$25.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Red**

 $25.99    $25.99

Portable: Convenient shoulder bag, stylish and transparent cage is used to take birds to parks, veterinarians or other places.
Wide visual field: Carring bag has one full clear side which will give your little pet most broad view to enjoy the outside scenery fully, reduces the stress level of the pet bird.
- Breathable design Bird Carrier: There are breathing and anti-scratch nets on both sides to ensure adequate ventilation and make your pets feel comfortable, not sultry.
- Easy to store and use: zipper design; easy to clean or fold when not in use. Suitable for traveling. Convenient with stylish and transparent cage for bringing your bird to a vet or other place.
- Suitable for small birds, cats and small dogs. Not only it will give your little pet most broad view to


Roll over image to zoom in



**$25.99**

FREE delivery: **June 28 – July 16**

Select delivery location

## In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Baoblaze
Sold by   Baoblaze

**Return policy:** This item is returnable

Add to List

Share

enjoy the outside scenery fully, but also can be a warm nest at home.

153

Sponsored

Sponsored

## Inspired by your recent shopping trends



Featherland Paradise, Perch 'n Go, Polycarbonate Bird Carrier, Clear View Travel Cage with Handle, Small

504

$140.46



ACJLHY Bird Travel Cage Portable, Lightweight Pets Birds Travel Cage Transparent and Breathable Sightseeing Outdoor Bird Travel Backpack,Suitable for

$27.99



Colorday Lightweight Bird Carrier, Bird Travel cage Parrot (Medium 16 x 9 x 11, Red) Patented Product

799

$49.96



Moloni Bird Carrier with 6-Pieces Pee Pads and Feeding Cup , Breathable & Lightweight & Portable Pets Parrot Birds Travel

81

$34.99



Morimoe Bird Carrier Bag with Perch and Bowls,Breathable,Travel Cage,Outdoors Hanging

45

$36.80

B
C
P
C
L

$

## Products related to this item

Sponsored ⓘ



153

Sponsored

**Inspired by your recent shopping trends**



Featherland Paradise, Perch 'n Go, Polycarbonate Bird Carrier, Clear View Travel Cage with Handle, Small

504

$140.46



ACJLHY Bird Travel Cage Portable, Lightweight Pets Birds Travel Cage Transparent and Breathable Sightseeing Outdoor Bird Travel Backpack,Suitable for

$27.99



Colorday Lightweight Bird Carrier, Bird Travel cage Parrot (Medium 16 x 9 x 11, Red) Patented Product

799

$49.96



Moloni Bird Carrier with 6-Pieces Pee Pads and Feeding Cup , Breathable & Lightweight & Portable Pets Parrot Birds Travel

81

$34.99



Morimoe Bird Carrier Bag with Perch and Bowls,Breathable,Travel Cage,Outdoors Hanging

45

$36.80



Bird Parrot Backpack Carrier Travel Bag with Perch Stand for Parakeets Cockatiels Conures Finches Lovebirds Small Medium

106

$62.97 ($62.97/Count)

**Customers also viewed these products**



Hello
**Select your address**

All

bird carrier

Hello, Sign in
**Account & Lists**

Returns
**& Orders**

0

All　Best Sellers　Customer Service　Prime　New Releases　Today's Deals　Books　Pharmacy　Fashion

**Prime Day is June 21 & 22**

**Pet Supplies**　Pet Profiles　Dogs　Cats　Fish & Aquatics　Small Animals　Birds　Reptiles　Horses　Deals & Coupons　Pet Care Tips

Pet Supplies › Birds › Cages & Accessories › Birdcages

# Gazechimp Clear Bird Carrier Parrot Outdoor Travel Transport Parrot Cage and Perch Transparent Accessories

Brand: Gazechimp

Select delivery location

See All Buying Options

Add to List

Share

Color: **Red**



1 option from
$24.99

**1 option from**
$23.99

d
l to

ning

d

g
de
e

y
level
of the pet bird.
- Easy to store and use: zipper design; easy to clean or fold when not in use. Suitable for traveling. Convenient with stylish and transparent cage for bringing your bird to a vet or other place.
- Suitable for small birds, cats and small dogs. Not only it will give your little pet most

Hello
Select your address

All ▾

bird carrier

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All    Best Sellers    Customer Service    Prime ▾    New Releases    Today's Deals    Books    Pharmacy    Fashion      Prime Day is June 21 & 22

**Pet Supplies**    Pet Profiles    Dogs ▾    Cats ▾    Fish & Aquatics ▾    Small Animals ▾    Birds ▾    Reptiles ▾    Horses ▾    Deals & Coupons    Pet Care Tips

Pet Supplies › Birds › Cages & Accessories › Birdcages

# Lucky Youth Lightweight Bird Carrier, Bird Backpack Carrier with Perch, Transparent Clear

$27.99

$29.99 delivery: **June 30 - July 22**

Select delivery location

In Stock.

Qty: 1



Add to Cart

Buy Now

🔒 Secure transaction

Ships from    **Lucky Youth**
Sold by      Lucky Youth

**Return policy:** This item is returnable

Add to List

Share

618

Sponsored

Get $50 off instantly: Pay $0.00 $27.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: Black

$27.99
($27.99 / Count)

$29.99
($29.99 / Count)

- 🦉LIGHTWEIGHT AND PORTABLE: Easy to carry, it lets you easily sling it on your shoulder or by its handle. The most fashionable cage for taking your bird to the vet or other places.Suitable for traveling out.



Hello
Select your address

All   bird carrier

Hello, Sign in
Account & Lists

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime   New Releases   Today's Deals   Books   Pharmacy   Fashion   Kindle Books   Toys & Games   Gift Cards     Prime Day is J

Sign

New
customer?
Start here.

Pet Supplies   Pet Profiles   Dogs   Cats   Fish & Aquatics   Small Animals   Birds   Reptiles   Horses   Deals & Coupons   Pet Care Tips   Subscribe & Save   Veterinary Diets

170

Pet Supplies › Birds › Cages & Accessories › Birdcages

# Blackzone Parrot Carrier Bag Portable Lightweight Bird Carrier Cage Transparent Breathable Parrots Travel Bag Black

Brand: Blackzone

3 ratings

Price: **$27.99**

Get $50 off instantly: Pay $0.00 ~~$27.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- 💝【Ideal gift and entertainment space for pets】 They add a lot of beauty to your cage, and can also help your pet bird exercise and maintain healthy feet. It is a dream gift for keeping pets healthy. And can provide your pet bird with hours of fun, very suitable for your bird to play and climb, it is a great place for entertainment.



$27.99

$2.99 delivery: **July 13 – Aug 3**

Fastest delivery: **June 25 – 30**

Select delivery location

## In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Blackzone
Sold by     Blackzone

**Return policy:** This item is returnable

Add to List



ct Service】Blackzone is committed to
ustomers with high quality products.
ackzone and you can see more
ur support is the best trust for
8 Hours Shipping Out.Within 24 hours
ervice.We guarantee the interests of
omer, please feel free to choose

ort is trust】Blackzone is committed to
ustomers with high-quality products.
zone and you will see more
ur support is our greatest trust.
pack bird cage accessories bird play
stands for parrots bird perches for
ird perches for conures parrot sticks
s for outside clearance birdhouse bird
ge bird bath bowl bird bath stand
t toys for dogs pet toys for dogs
ble pet toy basket pet toys for dogs
ctive toys storage bin pet toy for kids
mals pet toy boxes and storage bin
t vet toy carrier pet toy chest pet toy
fe c toys pet toy duck pet toy dog
isinfectant football pet toy for girls
dogs for toddler little toy pets for girls
ys for girls get toy pet toy hamster
interactive pet toy jumping activation ball pet toy
jumping

Compare with similar items

New (2) from $27.99 + $2.99 shipping

618

Sponsored

---

## Buy it with

Total price: $40.98

---

New (2) from
$27.99 + $2.99 shipping

Share

### Other Sellers on Amazon

$37.64     Add to Cart

+ $2.00 shipping

Sold by: LSHLSM

618

Sponsored

Hello
Select your address

All | bird carrier

Hello, Sign in
Account & Lists

Returns
& Orders

0

All | Best Sellers | Customer Service | Prime | New Releases | Today's Deals | Books | Pharmacy | Fashion | Kindle Books | Toys & Games | Gift Cards | Prime Day is J

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips | Subscribe & Save | Veterinary Diets



Sign

New customer? Start here.

Pet Supplies › Birds › Cages & Accessories



## LtidmsWL Bird Travel Bag ortable Pet Bird Parrot arrier Transparent Breathable ravel Cage Tote Bag

and: LLtidmsWL

28 ratings

ice: **$31.57**

Get $50 off instantly: Pay $0.00 ~~$31.57~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

olor: **Black+Red**

It lets you easily sling it on your shoulder or by its handle.
Panoramic sunroof design offers wider field of vision, reducing the pet bird's stress level and giving you a good view to check on your pet's well-being.
Front and rear anti-grab mesh design and vents ensure adequate airflow for a non-stuffy outing.
Perfect size suggested for conures, cockatiels, mini macaws, small cockatoos, lories, and other

**$31.57**

FREE delivery: **June 30 – July 22**

Select delivery location

**Only 15 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from xyangshop
Sold by xyangshop

**Return policy:** This item is returnable

Add to List

Roll over image to zoom in

    

similar size parrots.

- Zipper design, one-minute assembly/disassembly, with solid wood perch, easy cleaning or folding away when not in use.

New (5) from $31.50 & **FREE Shipping**

New (5) from $31.50 & **FREE Shipping**

Share

**Other Sellers on Amazon**

$31.50    [Add to Cart]
& **FREE Shipping**
Sold by: Jin&Chun

$31.52    [Add to Cart]
& **FREE Shipping**
Sold by: BangGouBaiHuoDian

$33.99    [Add to Cart]
+ $2.99 shipping
Sold by: yHRgETLD

## Frequently bought together

 +  + 

Total price: **$49.55**

[Add all three to Cart]

[Add all three to List]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** LLtidmsWL Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent Breathable Travel Cage Tote…   $31.57
☑ Kaytee Spray Millet for Birds, 12 Count (Pack of 1) $4.99   ($0.42 / 1 Count)
☑ Bird Parrot Toys Ladders Swing Chewing Toys Hanging Pet Bird Cage Accessories Hammock Swing Toy for… $12.99   ($6.50 / 1 Ounce)

## Inspired by your recent shopping trends

    

| | | | | | |
|---|---|---|---|---|---|
| Fourry Lightweight Bird Carrier, Transparent and Breathable 360 ° Sightseeing Outdoor Bird Travel Backpack,Suitable for | QBLEEV Bird Travel Carrier，Clear View Carrying Cage，Small Animal Portable Outgoing Gear，Transparent & | X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent Breathable Travel Cage,Lightweight Bird Carrier,Bird Travel | Zerodis Bird Travel Carrier with Perch Parrot Travel Cage Plastic Transparent Parrot Breathable Lightweight Bag for Cockatiels Grey Parrot | Akinerri Birds Travel Carrier, Small Bird Travel Bag, Transparent Breathable Travel Cage Bird Parrot Carrier, Include Perch and | A4pet Bird Travel Carrier Parrot Carrier Transparent Breathable Bird Cage,Include Bottom Tray for Easy Cleaning |
| 92 | 105 | 618 | | 24 | 283 |
| $30.01 | $18.99 | $49.99 ($0.06/Gram) | $27.29 | $49.99 | $49.99 |

## More items to explore

Hello
Select your address

All ⌄    bird carrier

Hello, Sign in
Account & Lists ⌄

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime ⌄   New Releases   Today's Deals   Books   Pharmacy   Fashion

Prime Day is June 21 & 22

Pet Supplies   Pet Profiles   Dogs ⌄   Cats ⌄   Fish & Aquatics ⌄   Small Animals ⌄   Birds ⌄   Reptiles ⌄   Horses ⌄   Deals & Coupons   Pet Care Tips

# Tylu Lightweight Bird Cage Parakeet Cages Transparent Breathable Travel Cages Carrier

Brand: Tylu

---

Price: $28.00 & FREE Returns

**$28.00**
& FREE Returns

FREE delivery: **Tuesday, June 15**
Details

Select delivery location

**Only 3 left in stock - order soon.**

Qty: 1

Add to Cart



Get $50 off instantly: Pay $0.00 $28.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Buy Now

 Secure transaction

Ships from    Amazon
Sold by       Tylu

Return policy: This item is returnable

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

Add to List

Share

- material of the birdcage shelf is lightweight, please take care of it when assembling and using it.
- If you encounter any problems when you receive the item, please contact me in time, I will be happy to help you.



Hello
Select your address

Home & Kitchen ▾

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

Sign
in

New customer?
Start here.

All    Best Sellers    Customer Service    Prime ▾    New Releases    Today's Deals    Books    Pharmacy    Fashion    Kindle Books    Toys & Games    Gift Cards    Prime Day is J

**Amazon Home**    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home I

388

Pet Supplies › Birds › Cages & Accessories › Birdcages



# Bird Carrier with Perch and Feeding Cups,Portable Bird Travel Cage Lightweight Breathable,Bird Backpack for Parrot

Brand: Picoey

17 ratings

Was: ~~$36.99~~ Details

Price: **$34.88** & FREE Returns

You Save: $2.11 (6%)

Get $50 off instantly: Pay $0.00 ~~$34.88~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Blue**



**Buy new:**    $34.88

& FREE Returns

FREE delivery: **Tuesday, June 15** Details

Fastest delivery: **Saturday, June 12**
Order within 40 mins
Details

Select delivery location

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    **Amazon**



 $34.88

 $33.88

- The Latest Design:PVC material and wide vision can reduce the pressure level of pet birds, so that you can observe pet birds at any time. The free drinking cup is more convenient.
- Panoramic Skylight： Provide a broader view, reduce the stress level of pet birds, and let you have a good view to check the health of pets, so that pets have a stronger sense of security and trust in their owners.
- Lightweight & Portable: **It** lets you easily sling it on your shoulder or by its handle. And take your bird to the vet, walking, hiking , travel, camping, work or other places.
- Breathable: The birds carrier travel cage both sides are grids and the Anti-grab mesh design and vents ensure adequate airflow for a non-stuffy outing.
- Easy to Clean: Double zipper design, quick assembly or disassembly, easy to clean or fold when not in use.Anti-grab mesh design and vents ensure adequate air flow.

Compare with similar items

New & Used (3) from $31.22 & **FREE Shipping**.

618

Sponsored

Sold by        Picooy

Packaging      Shows what's insi…

Details

Return policy: This item is returnable

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

**Save with Used – Very Good**

$31.22

FREE delivery: Tuesday, June 15

Ships from: Amazon

Sold by: Amazon Warehouse

Add to List

New & Used (3) from $31.22 & **FREE Shipping**.

Share

## Frequently bought together

 +

Total price: **$39.87**

Add both to Cart

Add both to List

Hello
Select your address

Pet Supplies ▾

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All | Best Sellers | Customer Service | Prime ▾ | New Releases | Today's Deals | Books | Pharmacy | Fashion | Kindle Books | Toys & Games | Gift Cards | Prime Day is J

Sign

New customer?
Start here.

Pet Supplies | Pet Profiles | Dogs ▾ | Cats ▾ | Fish & Aquatics ▾ | Small Animals ▾ | Birds ▾ | Reptiles ▾ | Horses ▾ | Deals & Coupons | Pet Care Tips | Subscribe & Save | Veterinary Diets

388

Sponsored

### Consider these available items



Fourry Lightweight Bird Carrier, Transparent and Breathable 360 ° Sightseeing Outdoor Bird Travel Backpack,Suitable for Parrot Pets and
92
**$30**01

Fourry Lightweight Bird Carrier, Transparent and Breathable 360 ° Sightseeing Outdoor Bird Travel Backpack,Suitable for Parrot Pets and
92
**$25**99



Hamiledyi Lightweight Bird Carrier Backpack,Portable and Breathable Sightseeing Outdoor Transparent Bird Travel Cage Suitcase with Standing
8
**$37**99

Pet Supplies › Birds › Cages & Accessories › Birdcages



Click image to open expanded view

# XKISS Lightweight Bird Carrier(Big), Transparent and Breathable 360 ° Sightseeing Outdoor Bird Travel Backpack,Suitable for Parrot and Other Birds

Visit the XKISS Store

16 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- 🐾【Easy To Carry】: Weighing only 0.85 kg, it lets you easily sling it on your shoulder or by its handle. The most fashionable cage for taking your bird to the vet or other places.Suitable for traveling out.
- 🐾【Unique Panoramic Design】:Offers wider field of vision, reducing the pet bird's stress level and giving you a good view to check on your pet's well-being.
- 🐾【Keep Ventilated】: The birds carrier travel cage has ventilation slots in 4 directions front and

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Select delivery location

Add to List

Share

618

Sponsored



     

- rear anti-grab mesh design and vents ensure adequate airflow, not sultry out.
- 🐦【Easy To Use】: one-minute assembly/disassembly, with Natural wood stand stick, easy cleaning or folding away when not in use.Instructions on how to assemble are included in the product package.Wooden sticks are random in color.
- 🐦【Perfect Service】XKISS is committed to providing customers with high quality products. Click on XKISS and you can see more options.Your support is the best trust for us.Within 48 Hours Shipping Out.We guarantee the interests of every customer, please feel free to choose XKISS.

Compare with similar items

618

Sponsored

**Inspired by your recent shopping trends**



Bird Carrier with Perch and Feeding Cups,Portable Bird Travel Cage Lightweight Breathable,Bird Backpack for Parrot

17

$34.88



Moloni Bird Carrier with 6-Pieces Pee Pads and Feeding Cup, Breathable & Lightweight & Portable Pets Parrot Birds Travel

81

$34.99



QBLEEV Bird Travel Carrier，Clear View Carrying Cage，Small Animal Portable Outgoing Gear, Transparent &

105

$18.99



Blackzone Parrot Carrier Bag Portable Lightweight Bird Carrier Cage Transparent Breathable Parrots Travel Bag Black

3

$27.99



Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds

1

$22.49



BENZHI Bird Parrot Carrier Travel Carriers Lightweight Pets Birds Travel Cage with Perch

199

$29.97

Hello
Select your address

All ▾   bird carrier

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime ▾   New Releases   Today's Deals   Books   Pharmacy   Fashion          Prime Day is June 21 & 22

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improve

## Consider these alternative items



GABraden Lightweight
Bird Carrier, Bird Travel
Cage  (Large-17 x 9 "x
11" )

202

$29⁹⁹



Blue Mars Bird Carrier, Bird
Cage
Portable&Breathable&Light
Pets Birds Travel Cage

366

$31⁹⁹



Bird Carrier with Perch
and Feeding
Cups,Portable Bird Travel
Cage Lightweight

17

$34⁸⁸

# Bird Cage Carrier with Perch and 2 Feeding Cups, Lightweight Bird Backpack for Parrot

Brand: Picoey

8 ratings

**Only 1 left in stock - order soon.**

| **Brand** | Picoey |
| --- | --- |
| **Item Dimensions LxWxH** | 16 x 9 x 11 inches |

**Buy used:**   $31.79

FREE delivery: **Tuesday, June 15**
Details

Fastest delivery: **Monday, June 14**

Order within 38 mins Details

Select delivery location

**Used: Very Good** | Details
**Sold by** Amazon Warehouse
Fulfilled by Amazon

Add to Cart

Add to List



1.6 Pounds

Cockatiel, Parrot



Used (2) from
$31.79 & **FREE Shipping**.

Share

…h similar items

…n $31.79 & **FREE**

---

**More items to explore**

Page 1 of 5

YAHEETECH 52-inch Wrought Iron Standing Large Flight King Bird Cage for Cockatiels African Grey Quaker Amazon Sun Parakeets…

2,267

$119.99

($119.99/Count)

YAHEETECH Roof Top Large Flight Parakeet Parrot Bird Cage with Rolling Stand for Parakeets Cockatiels Lovebirds Finches…

1,327

$73.99 ($73.99/Count)



Yaheetech 61-inch Playtop Wrought Iron Large Parrot Bird Cages with Rolling Stand for Cockatiels Amazon Parrot Quaker Conure…

813

$154.99

YAHEETECH Wrought Iron Rolling Large Bird Cage for African Grey Small Quaker Amazon Parrots Cockatiels Sun Parakeet Green Cheek…

1,144

$117.99



Blue Mars Bird Bird Travel C… Portable&Br… ghtweight Po… Travel Cage

$31.99

---

**Brands related to this category on Amazon**

Sponsored

Hello
Select your address

All   bird carrier

Hello, Sign in
Account & Lists

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime   New Releases   Today's Deals   Books   Pharmacy   Fashion     Prime Day is June 21 & 22

Pet Supplies   Pet Profiles   Dogs   Cats   Fish & Aquatics   Small Animals   Birds   Reptiles   Horses   Deals & Coupons   Pet Care Tips

4,279

Pet Supplies › Dogs › Carriers & Travel Products › Carriers › Soft-Sided Carriers

# MUMAX Bird Parrot Travel Carrier Handbag Carrying Bag with Wooden Stand Breathable

**$27.99**

$4.99 delivery: **June 24 – July 14**

Select delivery location

**In Stock.**

Qty: 1



eight

arent Great

door

s Airplane

Approved

nsport

rds

es

AX

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   **MUMAX**
Sold by      MUMAX

**Return policy:** This item is returnable

Add to List

Share

Sponsored

99

Get $50 off instantly: Pay $0.00 $27.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

mic Sunroof Design】 Offers wider field of vision, reducing the pet bird's stress level and giving you a good view to check on your pet's well-being, front and rear anti-grab mesh design and vents ensure adequate airflow for a non-stuffy outing

- 【Zipper design】One-minute assembly/disassembly, with

Hello
Select your address

Pet Supplies ▾

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime ▾   New Releases   Today's Deals   Books   Pharmacy   Fashion

Prime Day is June 21 & 22

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

106

Pet Supplies › Birds › Cages & Accessories › Birdcages

## Moloni Bird Carrier with 6-Pieces Pee Pads and Feeding Cup，Breathable & Lightweight & Portable Pets

**Buy new:**           $34.99

& FREE Returns

FREE delivery: **Tuesday, June 15** Details

Fastest delivery: **Friday, June 11**
Order within 42 mins
Details

ds Travel



81 ratings

FREE Returns

Get $50 off instantly: Pay $0.00 $34.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

er price from
may not offer
ng.

Color: Black

$34.99

$33.99

$34.99

- 【Lightweight And Portable】Weighing only 0.635 kg and 16.5*9*12 in,it can be easily hung on your shoulder or held in your hand. The most fashionable cage for taking your bird to other places.
- 【Panoramic Sunroof Design】Offers wider field of vision, reducing the pet bird's

---

Select delivery location

## In Stock.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Moloni |
| Packaging | Shows what's insi… |

Details

**Return policy:** This item is returnable

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

---

**Save with Used - Good**
$30.79
FREE delivery: **Tuesday, June 15**
Ships from: Amazon

stress level and giving you a good view to check on your pet's well-being.

- 【Breathable】Front and rear anti-grab mesh design and vents ensure adequate airflow for a non-stuffy outing.
- 【Easy To Clean】Zipper design, quick assembly and disassembly, with solid wood squid, easy to clean or fold when not in use.
- 【Ease of Use】Our cage for most parrots, and comes with stainless steel feeder and 6 pee pads.Bird cage set is the best tool for pet bird owners to go out.

Compare with similar items

New & Used (2) from $30.79 & **FREE Shipping**.

Sold by: Amazon Warehouse

Add to List

New & Used (2) from $30.79 & **FREE Shipping**.

Share

618

Sponsored

618

Sponsored

**Buy it with**

Total price: **$38.98**



Add both to Cart

Add both to List

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Moloni Bird Carrier with 6-Pieces Pee Pads and Feeding Cup， Breathable & Lightweight & Portable Pets... $34.99

☑ Nature's Miracle Bird Cage Cleaner $3.99 ($0.17 / 1 Fl Oz)

## Inspired by your recent shopping trends



Lightweight Bird Carrier Travel Cage with Perch， Portable Transparent Parrot Carring Case， Breathable Bird Travel Bag Outdoor Gear，

2

$36.99



X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent Breathable Travel Cage,Lightweight Bird Carrier,Bird Travel

618

$49.99 ($0.06/Gram)

Blue Mars Bird Carrier, Bird Travel Cage Portable&Breathable&Lightweight Pets Birds Travel Cage

366

$31.99



QBLEEV Bird Travel Carrier， Clear View Carrying Cage， Small Animal Portable Outgoing Gear， Transparent &

105

$18.99



Balacoo Travel Bird Cage Portable Plastic Iron Parrot Carrier with Wood Perch and Feeder for Small Animal Pet Supply (Black)

2

$24.79

## Products related to this item

Sponsored ⓘ







AK KYC Bird Carrier Bag Portable Travel Bird Cage Lightweight Breathable Parrot Per...

122

$37.99

X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent...

618

$49.99

Cozy Corner Fleece Bird Blanket,Cuddle Nest Hanging Toy,Bird Cozy Corner Assorted C...

87

$13.99

Blue Mars Bird Carrier, Bird Travel Cage Portable & Breathable & Lightweight Pets B...

366

$31.99

Colorday Lightweight Bird Carrier, Bird Travel Cage (Large 19 x 12 x 13, Black)

799

$69.88

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

### Moloni Bird Carrier The Best Tool To Go Out

**Sometimes we have to take the bird to the vet, and sometimes we have to take the bird out when we move. Traveling or parks are also good choices.**

**Breathable mesh on both sides, and six holes. Ensure the air convection inside the birdcage, making the bird's breathing more comfortable.**

**Moloni Birdcage variety of colors, you can choose your favorite color and then accompany your birds take to the streets.**

## Two ways to carry

**Can be portable**

**Can be carried on the shoulder**

## Breathable Design

**Breathable mesh on both sides, and six holes.**

Ensure the air convection inside the birdcage, making the bird's breathing more comfortable.

## A set of tools to meet the basic needs of feeding birds

**Set of four contents**

•Bird carrier PVC material shell and strap

Buckle strap design, you can freely adjust the length.

You want pet birds to travel easily.

A birdcage bag solves the problems of traveling, walking, visiting the veterinarian, etc.

·Wooden squid matching the color of the bird carrier

·Deliver practical stainless steel feeders

·Send 6-pcs practical pee pads

| |  |  |  |  |
|---|---|---|---|---|
| | **Bird Carrier Red** | **Bird Carrier Blue** | **Bird Carrier Green** | **Bird Carrier Black** |
| Size | 16.5*9*12 in | 16.5*9*12 in | 16.5*9*12 in | 16.5*9*12 in |
| Weighting | 0.635 kg | 0.635 kg | 0.635 kg | 0.635 kg |
| Stainless steel feeder | ✓ | | ✓ | ✓ |
| Pee pads | ✓ | | ✓ | ✓ |

## Product details

Color:**Black**

    **Package Dimensions :** 17.6 x 5.04 x 4.8 inches; 1.39 Pounds

**Date First Available :** March 3, 2021

**Manufacturer :** Moloni

**ASIN :** B08Y7KDKYR

**Best Sellers Rank:** #14,447 in Pet Supplies (See Top 100 in Pet Supplies)
   #19 in Birdcages

**Customer Reviews:**
       81 ratings

# Videos

## Videos for related products



| 2:10 | 1:14 | 1:47 | |
|------|------|------|--|
| What Size Should a Cockatiel Cage Be? | Best Bird Cage for a Child's Pet Bird | Best Pet Birds for a Beginner | Do Birds Ca |
| eHow | eHow | Howcast | Howcast |

Upload your video

## Compare with similar items

| | **This item** Moloni Bird Carrier with 6-Pieces Pee | Blue Mars Bird Carrier, Bird Travel Cage | Bird Carrier with Perch and Feeding Cups,Portable Bird | A4pet Bird Travel Carrier Parrot Carrier Transparent |
|--|--|--|--|--|

| | Pads and Feeding Cup, Breathable & Lightweight & Portable Pets Parrot Birds Travel Cage | Portable&Breathable&Light weight Pets Birds Travel Cage | Travel Cage Lightweight Breathable,Bird Backpack for Parrot | Breathable Bird Cage,Include Bottom Tray for Easy Cleaning |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (81) | (366) | (17) | (283) |
| **Price** | $34.99 | $31.99 | $34.88 | $49.99 |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | Moloni | Tuiwu | Picoey | A4Pet |

## Products related to this item

Sponsored ⓘ

   

| AK KYC Bird Carrier Bag Portable Travel Bird Cage Lightweight Breathable Parrot Per... | EBaokuup Large Bird Parrot Toys, Multicolored Wooden Blocks Bird Chewing Toy Parrot... | Blue Mars Bird Carrier, Bird Travel Cage Portable & Breathable & Lightweight Pets B... | X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent... | Colorday Lightweight Bird Carrier, Bird Travel Cage (Large 19 x 12 x 13, Black) |
|---|---|---|---|---|
| | 122 | 2 | 366 | 618 | 799 |
| $37.99 | $19.99 | $31.99 | $49.99 | $69.88 |

Sponsored

## Customer Questions & Answers

See questions and answers

# Customer reviews

**Reviews with images**

## 4 out of 5

81 global ratings

| | | |
|---|---|---|
| 5 star | | 60% |
| 4 star | | 12% |
| 3 star | | 13% |
| 2 star | | 3% |
| 1 star | | 12% |

How are ratings calculated?

   

See all customer images

Top reviews

## Top reviews from the United States

 Terry Finley

**Good to have**

Reviewed in the United States on April 24, 2021

Color: Red    Verified Purchase

Easy to carry, because of handle. Nice size.

42 people found this helpful

Helpful | Report abuse

388

Shop now

Sponsored

 Lisa Scanlan

**Good product**

Reviewed in the United States on February 3, 2021

Verified Purchase    Early Reviewer Rewards  (What's this?)

Aa expected for price paid. Overall, does the job!

42 people found this helpful

Helpful | Report abuse

 dawn5502

**Junk**

Reviewed in the United States on May 18, 2021

Color: Red    Verified Purchase

This is a flimsy piece of plastic, a zipper and a stick. It will not keep your bird safe if someone bumps into it. The stick doesn't even keep it from being smashed. Please don't buy this.

Helpful    Report abuse

 Lisa

**Great travel cage**

Reviewed in the United States on February 12, 2021

Verified Purchase    Early Reviewer Rewards (What's this?)

Great room for my cockatiel to run around. Wanted something so he could come be w me and not worry about flying away and getting caught by our dogs . Room to put a dish of food and some toys on the floor.

42 people found this helpful

Helpful    Report abuse

 Tiffany Rusnak

**Fun cute travel carrier**

Reviewed in the United States on May 30, 2021

Color: Green    Verified Purchase

Love it! We took our keet out for her first trip and she loved it! Do wish the bottom had a slide in tray or something though as she was able to get under the pad.

25 people found this helpful

Helpful    Report abuse

mariprincesa11

**Stay away from this product**

Reviewed in the United States on May 25, 2021

Color: Red    Verified Purchase

Too flimsy. It doesn't stay up. It leans to one size. Even though the wood stick has a black rubber thing, it doesn't hold the stick. It comes through the hole in or out. Please stay away from this product

Helpful    Report abuse

Amazon Customer

**Nice cage for carry**

Reviewed in the United States on May 18, 2021

Verified Purchase

I like the cage, but I dont think it will last long with my African grey, she tears everything up

Helpful    Report abuse

Bellinda

**Great for my Lovies on the go to travel or go to the Avian vet.**

Reviewed in the United States on April 25, 2021

Verified Purchase

Great for my Lovies on the go to travel or go to the Avian vet.

42 people found this helpful

Helpful    Report abuse

**See all reviews ›**

**Customers who bought this item also bought**

 

Deloky 7 Packs Bird
Parrot Swing Chewing

#1 Best Seller in Bird
Swings

7% off

$13.99 ~~$14.99~~
Lowest price in 30 days
"These were good little toys
for the price"

Prevue Hendryx 62806
Naturals Rope Ladder
Bird Toy

7,742
14 offers from $3.99
"Excellent quality, very
sturdy and what a great...

Super Bird SB669 Wicker
Foraging Basket Bird Toy
with Array of Chewable
Toys for Parrots, Medium
Size, 10" x 4" x 5"

882
$16.95
"Really cute toy with lots of
stuff in it for my bird to love"

2,202

Sponsored

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

## Make Money with Us

Sell products on
Amazon

Sell apps on Amazon

Become an Affiliate

## Amazon Payment Products

Amazon Rewards Visa
Signature Cards

Amazon.com Store Card

Amazon Secured Card

## Let Us Help You

Amazon and COVID-
19

Your Account

Your Orders

Press Center

Investor Relations

Amazon Devices

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Hello
Select your address

Home & Kitchen

Hello, Sign in
Account & Lists

Returns
& Orders

0
Cart

All    Best Sellers    Customer Service    Prime    New Releases    Today's Deals    Books    Pharmacy    Fashion    Kindle Books    Toys & Games    Gift Cards    Amazon Home    Prime Day is June 21 & 22

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

296

Pet Supplies › Birds › Cages & Accessories › Birdcages



Roll over image to zoom in

# Blue Mars Bird Carrier, Bird Travel Cage Portable&Breathable&Lightweight Pets Birds Travel Cage

Brand: Blue Mars

366 ratings

Price: **$31.99** & FREE Returns

Get $50 off instantly: Pay $0.00 ~~$31.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Size: **Fits Small Bird(8" x 8" x 14")**

| Big (10" x 10" x 16") |
| --- |
| $36.99 |

| Fits Small Bird(8" x 8" x 14") |
| --- |
| $31.99 |

| **Brand** | Blue Mars |
| --- | --- |
| **Item** | 8 x 8 x 14 inches |

**$31.99**
& FREE Returns

FREE delivery: **Tuesday, June 15** Details

Fastest delivery: **Monday, June 14**
Order within 43 mins Details

Select delivery location

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    **Amazon**
Sold by      **Tuiwu**
Packaging    **Shows what's inside. T...**

Details

**Return policy:** This item is returnable

     VIDEO

**Dimensions**
LxWxH

**Number of Levels**    1

**Target Species**    Cockatiel, Parrot

## About this item

- ✔ 【Easy To Carry】It weighs only 1.65 lbs. When you travel outdoors and take your bird to the veterinarian or other places, you can easily carry your bird with the handle or shoulder strap.
- ✔ 【Transparent and Breathable】Wide field of vision and good air flow, reduce the pressure level of pet birds, and allow you and pet birds to interact at any time.
- ✔ 【Fits for Small Birds】The unfolded size is 14" x 8" x 8". Fits for birds with a height below 2.5" (the vertical distance from the bird's claw to the head).If it is between 2.5" and 5.5", please choose the another big size carrier.
- ✔ 【Easy to Assembly】We provide assembly instructions and video demonstrations. After receiving it, it is recommended to refer to the video for assembly.
- ✔ 【Easy to clean】Comes with a stainless steel tray for receiving bird's excrement, and easy to clean, use detergent to clean and wipe dry.
- ✔ 【Service 100% satisfied Please tear off the film before use! If you encounter any missing or damaged accessories, please contact us in time and we will provide a satisfactory solution for you within 24 hours.

Compare with similar items

New & Used (3) from $29.43 & **FREE Shipping**.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

Add to List

New & Used (3) from $29.43 & **FREE Shipping**.

Share

388

Sponsored

618

Sponsored

## Frequently bought together



Total price: $48.97

Add all three to Cart

Add all three to List

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Blue Mars Bird Carrier, Bird Travel Cage Portable&Breathable&Lightweight Pets Birds Travel Cage   $31.99
☑ Kaytee Spray Millet for Birds, 12 Count (Pack of 1) $4.99   ($0.42 / 1 Count)
☑ BWOGUE 5pcs Bird Parrot Toys Hanging Bell Pet Bird Cage Hammock Swing Toy Hanging Toy for Small... $11.99   ($11.99 / 1 Count)

## Inspired by your recent shopping trends

     

ACJLHY Bird Travel Cage Portable, Lightweight Pets Birds Travel Cage Transparent and Breathable Sightseeing Outdoor Bird Travel Backpack,Suitable for
$27.99

Moloni Bird Carrier with 6-Pieces Pee Pads and Feeding Cup , Breathable & Lightweight & Portable Pets Parrot Birds Travel
81
$34.99

Colorday Lightweight Bird Carrier, Bird Travel cage Parrot (Medium 16 x 9 x 11, Red) Patented Product
799
$49.96

Morimoe Bird Carrier Bag with Perch and Bowls,Breathable,Travel Cage,Outdoors Hanging
45
$36.80

Zampa Airline Approved Soft Sided Pet Carrier, Low Profile Travel Tote, Removable pad, Premium Zippers & Under Seat
815
$17.49

Sungpunet Parrot Travel Cage Portable Bird Carrier with Wooden Stick Transparent Breathable for Outdoor Birds
$24.09

## More items to explore

    

YAHEETECH 52-inch Wrought Iron Standing Large Flight King Bird Cage for Cockatiels African Grey Quaker Amazon Sun Parakeets
2,267
$119.99
($119.99/Count)

Kaytee Spray Millet for Birds, 12 Count (Pack of 1)
16,538
$4.99 ($0.42/Count)

Nature's Miracle Bird Cage Cleaner
1,755
$3.99 ($0.17/Fl Oz)

Vitakraft 512071 7-Pack Super Absorbent Cage Liners for Birds, 20" X 18"
1,540
$3.31

KATUMO 6 Pcs Bird Parrot Toys, Natural Wood Coconut Bird House with Ladder Hanging Swing Pet Climbing Rotated Ladder
536
$16.59

Prevue Hendryx Pet Products Good Night Bird Cage Cover, Large, Black
2,989
5 offers from $34.99

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

---

## Product Description

**How to choose the right cage for your bird?**

1. Measure the linear distance from the bird's paw to the head
2. For birds less than or equal to 2.5", please choose S size bird carrier (the expanded size is 8" x 8" x 14")
3. For birds ≤5.5", please choose M size bird carrier (the expanded size is 16" x 10" x 10")

**Keeping a pet is not easy. Once you have a pet, you must take care of it very carefully.**

What do **I** need to do after receiving the birdcage?

–After buying the bird cage home, please be patient to remove the protective layer of the mask before using it.

Can **I** easily wash this birdcage?

–. Yes, it's very convenient! **It** can be folded up when not in use, which is very convenient!

**Thank you, My fans. Enjoy yourself everyday!Take care of your pet and live a happy and free life together.**

| **1. Broad View:** | **2.Easy To Use and Clean:** | **3. Breathable Design Bird Cage:** | **4. Lightweight and Portable:** |
|---|---|---|---|
| The panoramic design provides a broad view and reduces the pressure on pets. You can check the health of pet at any time.(include little dogs and little cats) | Zipper design; easy to clean or fold when not in use.Never worry about being difficult to clean up | There are breathing nets and scratch-resistant nets on both sides to ensure adequate ventilation and make pets feel comfortable. | Convenient shoulder bag, stylish transparent cage for taking birds to parks, veterinarians or other places; suitable for travel. |





Small size:
inner diameter: 0.78" to 1"
length 7.87"





Medium Size:
inner diameter: 0.78" to 1"
length 9.84"

| | Small Size Bird Carrier | Small Size Bird Perch | Medium Size Bird Carrier | Medium Size Bird Perch |
|---|---|---|---|---|
| Folded size | 15" x 12.5" x 2.4" | | 17.5" x 13.5" x 2.5" | |
| Expanded size | 8" x 8" x 14" | | 16" x 10" x 10" | |
| Fits bird size | | Small bird | | Small and medium bird |
| Size: Paw to head height | | 2.5" | | 5.5" |
| Fits size of carrier | | Small Size Bird Carrier | | Medium Size Bird Carrier |
| Bird perch material | | Zanthoxylum bungeanum wood | | Zanthoxylum bungeanum wood |
| Bird perch length | | 7.87" | | 9.84" |

## Product details

Size:**Fits Small Bird(8" x 8" x 14")**

**Product Dimensions :** 8 x 8 x 14 inches; 1.3 Pounds

**Date First Available :** August 12, 2020

**Manufacturer :** Tui Wu

**ASIN :** B08FMTMT1G

**Best Sellers Rank:** #23,336 in Pet Supplies (See Top 100 in Pet Supplies)
  #41 in Birdcages

**Customer Reviews:**
  366 ratings

# Videos

### Videos for this product



**Blue Mars Bird Carrier**

Tuiwu

1:18

**Customer Review:** Amazing carrier 😊

Kylie

0:21

### Videos for related products



**What Size Should a Cockatiel Cage Be?**

eHow

2:10

**Best Bird Cage for a Child's Pet Bird**

eHow

1:14



**Best Pet Birds for a Beginner**

Howcast

Upload your video

## Compare with similar items

| | **This item** Blue Mars Bird Carrier, Bird Travel Cage Portable&Breathable&Lightweight Pets Birds Travel Cage | Prevue Pet Products Travel Cage for Birds and Small Animals | A4pet Bird Travel Carrier Parrot Carrier Transparent Breathable Bird Cage,Include Bottom Tray for Easy Cleaning | Bird Carrier with Perch and Feeding Cups,Portable Bird Travel Cage Lightweight Breathable,Bird Backpack for Parrot |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (366) | (1055) | (283) | (17) |
| Price | $31 99 | $15 95 | $49 99 | $34 88 |
| Shipping | FREE Shipping. Details | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Tuiwu | Amazon Warehouse | A4Pet | Picoey |

## Products related to this item

Sponsored ⓘ



Perfitel Bird Travel Cage
Bird Travel Carrier
Lightweight Bird and
Small Animals Ca…

68

$42.99



AK KYC Bird Carrier Bag
Portable Travel Bird
Cage Lightweight
Breathable Parrot Per…

122

$37.99



X-ZONE PET Bird Travel
Bag Portable Pet Bird
Parrot Carrier
Transparent…

618

$49.99



Colorday Lightweight
Bird Carrier, Bird Travel
Cage (Large 19 x 12 x 13,
Black)

799

$69.88



Akinerri Birds Travel
Carrier, Small Bird Travel
Bag, Transparent
Breathable Travel…

24

$49.99



Petsfit Expandable Cat
Carrier Dog
Carriers,Airline Approved
Soft-Sided Portable Pe…

2,024

$48.99



Ibnotuiy Pet Parrot
Playstand Double Layer
Parrots Bird Playground
Bird Play Stand …

33

$28.98

162

Sponsored

## Customer Questions & Answers

See questions and answers

## Customer reviews

### 4.3 out of 5

366 global ratings

| | | |
|---|---|---|
| 5 star | | 62% |
| 4 star | | 21% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 6% |

How are ratings calculated?



Bird Carrier with Perch and Feeding Cups,Port...
17
$34.88          Shop now

Sponsored

### Reviews with images



See all customer images

Top reviews

### Top reviews from the United States

Rachel F

**Nice Bird Carrier**
Reviewed in the United States on November 13, 2020
Size: Fits Small Bird(8" x 8" x 14")    Verified Purchase

I got this carrier for my green cheek conure. The size is just about perfect for a bird her size or smaller. She was nervous at first, but quickly discovered the perch which is nicely textured and she calmed right down. It zips securely, and is well ventilated. All in all, it's a great little carrier for the price!



18 people found this helpful

Helpful     Report abuse

Sandcastles

**Nice carrier**
Reviewed in the United States on October 9, 2020
Size: Big (10" x 10" x 16")    Verified Purchase

Just received and haven't actually used it yet but this carrier is actually very nice for the price. I ordered the "big" one and it came with the tray and cups. Based on the Q&A I didn't expect it to have the cups and tray, so that was a nice surprise. The only bad thing is the plastic film. Be sure to get all of it, it tends to stick under the grommet holes on the sides so I had to use a tweezer to pull it out. Don't want your bird to ingest it. I think this is a really nice carrier for small to medium birds. My blue crowned conures will fit perfectly. I didn't notice the bad smell that some have talked about but to err on the side of caution I put it outside to "air out" and I plan to wipe the whole thing down with bird safe cleaner prior to use.

8 people found this helpful

Helpful     Report abuse

 kirates

### Great Customer Service!!! SEE UPDATE!!

Reviewed in the United States on November 11, 2020

Size: Big (10" x 10" x 16")      Verified Purchase

I bought this carrier because we are moving and I want to make sure I have a safe place for my bird to be on the 5 1/2 hour trip. I thought it came with dishes too, but it didn't come with it, so I contacted seller and explained the situation and also told him that the cage was scratched up even after removing the film. He is sending me a dish and a partial refund. So I am a very happy and pleased customer! It will work great for what I need it for and it will be nice to have for any future Dr. appointments. I always used to borrow a friends, but now I've got this for my own use.

UPDATE: I am moving this down to 3 stars. He said he would send me a dish, but instead sent me a cover for the bottom. Which I suppose would come in handy, but what I really needed was what he had promised, a dish! I'll still keep it for now and maybe return it and buy something that better suits my needs. I am tired of dealing with this person back and forth. We are moving to a different state in a few days, so there is no time to get the dish I need. It will just have to do. I'm very disappointed!

6 people found this helpful

| Helpful |   Report abuse

   C. M. Okon

### Great Design for Birds that Don't Chew

Reviewed in the United States on March 28, 2021

Size: Big (10" x 10" x 16")      Verified Purchase

I love the design of this carrier. it's lightweight and easy to carry, and the clear plastic gives the bird good visibility.

HOWEVER, beware if your bird is a destructive chewer like my Senegal parrot who made the hole in the picture in minutes.

I will use it for my cockatiel who is more gentle.

6 people found this helpful

| Helpful |   Report abuse

   Tiffany B.

### Best way to transport

Reviewed in the United States on December 7, 2020

Size: Big (10" x 10" x 16")      Verified Purchase

This is one of the best gifts for my birds. I have a love bird who likes to travel to my parents house (because they lived together for years). I loved previously traveling with my bird – however, he recently has not stayed on my shoulder as much. I wanted to have a safe way of transporting him. This product is great – extremely durable, very breath able. It comes with a nice perch and a food/water dish. The one thing I am disappointed in is the way the protected the plastics for transport was very difficult to remove it all. However, that does not change the important aspect that I feel very safe traveling with my bird again.

2 people found this helpful

Helpful | Report abuse

 Kelly C  Top Contributor: Baby

**Great for Green Cheek Conure**
Reviewed in the United States on May 12, 2021
Size: Fits Small Bird(8" x 8" x 14")    Verified Purchase
I have just began breeding green cheek conures and building pairs and knew I was going to need a travel carrier. I don't love the ideas of the small cages bc they can be bulky in the car when traveling to meet people or pick up a bird with the whole family usually coming. I used it a few days after I purchased it to pick up a turquoise green cheek baby and it worked perfectly. You can open one side just enough to stick your hand and the bird in and hold it easily with the other hand while you zip it back. I'm sure I'll be using this for years to come! It's sturdy but you do have to be careful with the clear plastic, it won't hurt it to be bumped or whatever but you wouldn't want it to be stepped on or something heavy dropped on it I'd say it would ruin it. We keep ours on top of the big bird cage so I just suggest a safe location out of the way. Cleaning it is a breeze and I would purchase again.

Helpful | Report abuse

 BarbieLee  TOP 50 REVIEWER

**Durable, lightweight and easy to transport**
Reviewed in the United States on June 7, 2021
Size: Big (10" x 10" x 16")    Verified Purchase
I purchased to take our bird along with us for a weekend get away with the family. .
The size is just perfect. it's just what we were expecting from the listing description.
Set up was very simple. Minimal assembly required.
She was a little nervous initially so we decided to get her comfortable with it before we left.
Within a week I was confident she would be OK to spend 78 hours straight on it.
The case ended up working out very well for us. the perch is well textured and helps to calm her down. It zips easily and securely. Adequately ventilated.
Durable, sturdy, lightweight and easy to transport.
Also cleans up easily with a little soap and water.
A terrific carrier for the price!

Helpful | Report abuse

 Wendy Mills

**Convient sturdy carrier –great company, customer service!**
Reviewed in the United States on March 1, 2021
Size: Fits Small Bird(8" x 8" x 14")    Verified Purchase
This company provides excellent service and really cares about their customers!

The carrier is sturdy and convenient. Though our Budgie, Maddie, is still a bit wary of it (she is wary of *everything* at first !), the carrier will be a great way to take her on short trips.

Wish the perch was wood like in the smaller one rather than plastic, but covering it with medical self fusing tape should take care of that.
AAAAA+

One person found this helpful

| Helpful | Report abuse

**See all reviews** ›

---

## 4 stars and above

Sponsored ⓘ

     

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfitel Bird Travel Cage Bird Travel Carrier Lightweight Bird and Small Animals Ca... | X-ZONE PET Bird Travel Bag Portable Pet Bird Parrot Carrier Transparent… | Yafeco Pet Carrier Package,Space Capsule Transparent Bags for Cats and Puppies,Desi... | Olpchee Bird Playground Parrot Playstand Bird Play Stand Wood Perch Gym Playpen Lad... | Bird Parrot Backpack Carrier Travel Bag with Perch Stand for Parakeets Cockatiels C... | S-Mechanic 2 Packs Parrot Bird Perches,Natural Wild Grape Stick Grinding… | Exttlliy Parrots Bird Playground Birdcage Playstand Play Gym Parakeet Playpen… |
| 68 | 618 | 821 | 114 | 106 | 90 | 140 |
| $42.99 | $49.99 | $28.99 | $28.96 | $62.97 | $16.99 | $28.98 |

Sponsored

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Amazon Assistant

Help

English    United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |

| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
|---|---|---|---|---|---|---|
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |

| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane | Fabric |
|---|---|---|---|---|---|---|
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |
|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates